# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**IN THE MATTER OF:**

Daniesha Carree                      Case No. 22-44341
                                          Judge Maria Oxholm
              **Debtor(s)**       **Chapter 13**
_____/

## ORDER RESOLVING TRUSTEE'S MOTION TO DISMISS

The above-named Debtor(s) having filed a petition for relief under Chapter 13 of the Bankruptcy Code, and having filed a Stipulation and having obtained the consent of the Trustee, and the Court being otherwise sufficiently advised in the premises;

**IT IS FURTHER ORDERED THAT** the Motion to Dismiss filed by the Trustee in this case is hereby resolved.

**IT IS HEREBY ORDERD THAT** that the event that debtor(s) fails(s) to make any future Chapter 13 plan payments, the Trustee may submit a notice of Default, served upon debtor and debtor's counsel and permitting 30 days from the service of the notice in which to cure any and all defaults in payments. If debtor(s) fails to cure the defaults in payments after having been provided with notice under the provisions of this order, then the Trustee may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make plan payments, and the proceedings may be thereafter dismissed without a further hearing, or notice.

**Signed on October 11, 2023**



/s/ Maria L. Oxholm
_____
**Maria L. Oxholm
United States Bankruptcy Judge**