**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In Re:

                                       Case No: 22-44341-PRH

DANIESHA CARREE                Hon. Paul R. Hage
                                       Chapter 13

                Debtor.

_____/

**ORDER TO SHOW CAUSE REGARDING FAILURE OF DEBTOR AND/OR TRUSTEE TO FILE MOTION PURSUANT TO  FED. R. BANKR. P. 3002.1(g)(4)(A)**

On December 18, 2025,  the Trustee filed *Trustee's Notice of Disbursements Made* [Doc. No. 57] (the "Trustee's Notice of Disbursements"). No response to the Trustee's Notice of Disbursements has been filed, even though Fed.R.Bankr.P. 3002.1(g)(3) required the claim holder referenced in the notice to file a response within 28 days after service thereof.  Neither the Trustee nor Daniesha Caree (the "Debtor") has filed a motion to determine whether the Debtor has cured all defaults and paid all required postpetition amounts, as contemplated by Fed. R. Bankr. P. 3002.1(g)(4)(A). The failure to file such a motion is unduly delaying the administration of this case.

A telephonic hearing will be held on **March 26, 2026 at 10:00 a.m.** before the Honorable Paul R. Hage to show cause why neither the Debtor nor the Chapter 13 Trustee has filed a motion pursuant to Fed. R. Bankr. P. 3002.1(g)(4)(A) to determine whether the Debtor has cured all defaults and paid all required postpetition amounts.  **At least five minutes before the scheduled time for the hearing, counsel and parties should call (202) 503-1666 and use Conference ID 757 936 035#.**  Counsel and parties should place their phone on mute and wait until their case is called before unmuting their phone and participating.

The Debtor and the attorney for the Debtor must appear at this hearing, unless the Debtor or the Chapter 13 Trustee files a motion pursuant to Fed. R. Bankr. P. 3002.1(g)(4)(A) in advance of the hearing.  Notice must be given to the Courtroom Clerk, LaShonda Bryant, that the motion has been filed. If the motion is filed, this Order will be dissolved and the hearing will be cancelled.

**Signed on March 6, 2026**



                                               **/s/ Paul R. Hage**
_____

                                               **Paul R. Hage**
                                             **United States Bankruptcy Judge**